**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1234**

STERLING L. SINGLETON,

    Plaintiff – Appellant,

        v.

FRANK RICHARDSON; WARDEN JOYNER; WAYNE BOWMAN,

    Defendants – Appellees,

    and

SCDC; BRYAN P. STIRLING, Director of SCDC; ASSOCIATE WARDEN SHARP; WARDEN ASSOCIATE TISDALE

    Defendants.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Molly Hughes Cherry, Magistrate Judge.  (9:21-cv-00650-JMC-MHC)

Submitted:  September 8, 2022                    Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Sterling L. Singleton, Appellant Pro Se.  Elloree Ann Ganes, Evan Michael Sobocinski, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Sterling L. Singleton seeks to appeal the magistrate judge's orders (a) denying Singleton's motion to appoint counsel; and (b) denying Singleton's five motions to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Singleton seeks to appeal are neither final orders, given that litigation on his remaining claims against the remaining Defendants is ongoing, nor are they appealable interlocutory or collateral orders. Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*